UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00233(1)-ADA |
| | § | |
| (1) JONATHAN RUIZ-CORREA | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 14, 2026, wherein the defendant (1) JONATHAN RUIZ-CORREA waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JONATHAN RUIZ-CORREA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JONATHAN RUIZ-CORREA's plea of guilty to Count One (1), Two (2), and Three (3) is accepted.

Signed this 3rd day of June, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE